856 F.2d 1433
 Mary CLARK, et al., Plaintiffs/Appellees,
v.
UNITED STATES of America, Defendant/Appellant.
 No. 87-3967.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Aug. 3, 1988.
Decided Sept. 14, 1988.
 
 1
 William G. Cole, U.S. Dept. of Justice, Washington, D.C., for defendant/appellant.
 
 
 2
 David R. Lord, Ferguson & Burdell, Seattle, Wash., for Ed Nojd et al.
 
 
 3
 G. Lee Raaen and Ann Cross Eschenbach, Seattle, Wash., for Mary Clark et al.
 
 
 4
 Appeal from the United States District Court for the Western District of Washington; Robert J. Bryan, District Judge, Presiding.
 
 
 5
 Before ALARCON and BEEZER, Circuit Judges, and NIELSEN,* district judge.
 
 ORDER
 
 6
 We affirm the decision of the district court for the reasons stated in the district court's opinion, which is reported in Clark v. U.S., 660 F.Supp. 1164 (W.D.Wash.1987).
 
 
 
 *
 Honorable Leland C. Nielsen, Senior United States District Judge for the Southern District of California, sitting by designation